E-FILED
Monday, 31 October, 2016 01:51:17 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 31 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MARK KENDALL,
Plaintiff,

v.

Case No. 16-4238

DR. KUL SOOD and
NURSE LORNE STOKES,
Defendants.

## ORIGINAL COMPLAINT

Plaintiff Mark Kendall ("Mr. Kendall"), pro'se, as and for his Original Complaint under the Civil rights Act, Title 42, Section 1983 of the United States Code ("Section 1983"), against defendants Dr. Kul Sood ("Sood") and Nurse Lorne Stokes ("Stokes"). collectively, Sood and Stokes are ("Defendants"). states as follows:

1. Plaintiff Kendall is a state prisoner who. from September of 2014 until December of 2014 was incarcerated at the Stateville Correctional Center ("Stateville") in Crest Hill. Illinois. and from December of 2014 through the present, he has been incarcerated in the Henry Hill Correctional Center ("Hill") in Galesburg, Illinois.

2. During this time of confinement, Mr. Kendall complained of severe back pain that which limited his activities of daily living. The Plaintiff was told that he simply has arthritis and that there is no cure for it. However, after years of suffering Mr. Kendall finaly received an MRI that showed a bulging disc was actualy causing him pain.

3. The Plaintiff was also denied medical treatment by defendant Stokes after Plaintiff submitted a nurse sick call slip informing medical staff that he is in extreme pain due to his lower back (bulging disc) causing him to be nedlessly in pain. Due to the Defendants willful, knowing, and deliberate indifference, Mr. Kendall has suffered in great

pain, physically and psychologically, for which he seeks recompense in this lawsuit.

JURISDICTION AND VENUE

4. This is a civil rights action to redress the deprivation under color of state law of rights, privileges, and immunities secured to Mr. Kendall by the eighth Amendment of the United States Constitution and 42 U.S.C. § 1983.

5. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343 (a)(3) and (4), the asserted rights and interests of the Plaintiff exceed seventy-five thousand dollars ($75,000) exclusive of interest and costs,

THE PARTIES

6. Plaintiff, Mark Kendall, prison identification number K58868, is currently confined at the Henry Hill Correctional Center, P.O. Box 1700, Galesburg, Illinois 61402.

7. Defendant Dr. Kul Sood is a Wexford Health Source employee and was the medical director at Hill C.C. He recently transfered to the Stateville Northern Reception and Classification Center, 16830 S. Broadway street, CrestHill, Illinois, 60435.

8. Defendant Lorne Stokes is a Wexford Health Source employee and is a Nurse at the Hill C.C., 600 Linwood street, Galesburg. Illinois 61402.

EXHAUSTING ADMINISTRATIVE REMEDIES

9. Plaintiff has filed several grievances in regards to the allegation in his Complaint. The Plaintiff filed Grievance No. 16-1055 and 16-0973 which was written on December 30, 2015. Also, he filed grievance No. 16-1273 which was written on March 06, 2016. All administrative remedies have been exhausted.

## INADEQUATE MEDICAL TREATMENT

10. The Plaintiff arrived at the Hill Correctional Center in December of 2014. Approximately two (2) weeks later, Mr. Kendall fell while attempting to climb up to the top bunk, which caused him great pain in his lower back. Mr. Kendall requested medical treatment and in January of 2015 he saw the medical director, Dr. Sood, who issued a low bunk permit for three (3) months and Motrin.

11. Mr. Kendall's back pain became worse over the next couple of months, where shooting pain began to shoot down his leg. The Plaintiff submitted another sick call slip and when he saw Dr. Sood, he continued with the same course of treatment by prescribing NSAIDS and a low bunk permit.

12. In fact, Dr. Sood continued with this same course of treatment over the next ten (10) months even though the Plaintiff continuously informed him that he is still in great pain.

13. Finally in November of 2015 Dr. Sood ordered X-rays to be taken of Mr. Kendall's lumbar spine. At this point Mr. Kendall began to have pain radiating down his leg, causing numbness in his foot.

14. The radiology report of N. Yousuf M.D. dated November 03,2015, indicated that an x-ray was taken of Mr. Kendall's lumbar spine and that there was a significant narrowing of the disc with vacuum degeneration at L4-L5 and L5-S1 level, with subschondrial sclerosis and advanced degenerative disc disease.

15. Dr. Sood informed Mr. Kendall that the x-rays did not show a fracture of any abnormality other than some arthritis in his back which is causing him the pain. Dr. Sood continued prescribing NSAIDS and also Robaxin, even though Dr. Sood was well aware that these medications do not help relieve the pain.

16. Mr. Kendall submitted a nurse sick slip on November 29, 2015, complaining of severe back pain, he had limited range of motion, and pain that radiated down his left foot. However, Dr. Sood refused to alter his course of treatment.

17. On January 25, 2016, Dr. Sood requested and received approval for a one time consultation with a physical therapist. Mr. Kendall saw the physical therapist on February 08, 2016, where he was shown several strengthening exercises and to observe proper lifting techniques.

18. Over the next four (4) months, Mr. Kendall continued to complain about severe back pain that radiates down his legs. Yet, Dr. Sood continued to make claim that Mr. Kendall simply has arthritis and that there is no cure for his condition. Finally in April of 2016, Dr. Sood told Mr. Kendall that there is nothing else that he can do for him.

19. It was around this time in April of 2016 that Mr. Kendall's leg/ back gave out and a Code 3 was called. When he was in the HCU, Stokes refused to put him in to see the doctor when Mr. Kendall complained about his lower back pain and the shooting pain that goes down his leg, denying him medical treatment, and accused him of just seeking pills.

20. In July of 2016, Dr. Sood transfered to another facility (Stateville NRC in Crest Hill, Illinois) and Dr. Bautista became the medical director/physician at Hill c.c. In September of 2016, Mr. Kendall was given an MRI which ultimately showed a bulging disc, which is the cause of all of his pain.

21. Dr. Sood was deliberate indifferent to Mr. Kendall's serious medical condition when he made false claims that he simply has arthritis. Dr. sood knows that bulging or herniated disc do not appear in an x-ray, Nor did he ever suggest, recommend, or refer Mr. Kendall to receive an MRI or any other imaging test that would detect a bulging disc.

22. An earlier diagnosment would of prevented Mr. Kendall from suffering in pain for the amount of time that he did. Mr. Kendall consistently complained over a year and a half of the same or worsening pain that included radiating pain, numbness, and loss of sensation, which caused him unnecessary prolonged pain and suffering, temporary loss of normal life, and interfered in his daily activities.

COUNT I

EIGHTH AMENDMENT CLAIM AGAINST DEFENDANT SOOD and STOKES FOR BEING DELIBERATE INDIFFERENT TO HIS SERIOUS MEDICAL CONDITION

23. Plaintiff adopts herein by reference the allegations contained in paragraphs 1-22.

24. The purpose of Section 1983 is to deter state actors, and private individuals in collaboration with state officials, from using a "badge of authority" to deprive individuals of rights guaranteed by the Constitution.

25. Under Section 1983, qualified immunity is to be denied, and compensatory damages awarded, when a state actor or collaborating private citizen has acted with either an impermissible motivation or with such disregard of the person's clearly established constitutional rights that such action cannot reasonably be characterized as being in good faith.

26. Defendant Dr. Sood was deliberate indifferent to Mr. Kendall's serious medical condition, namely a bulging disc, when he failed to provide proper medical treatment. The Plaintiff does not have to be ignored to prove deliberate indifference nor does he have to prove that the defendant had a malicious intent. The Plaintiff simply has to prove that the defendant departed from accepted medical standards.

27. Defendant Sood was aware that Mr. Kendall was in extreme pain and that he was experiencing radiating pain that shot down his leg. A

reasonable doctor in the same circumstance would have determined that the recurrent pain indicated a more serious issue other than arthritis in Mr. Kendall's back.

28. Defendant Dr. Sood knows that an x-ray will not show a bulging or herniated disc but that an MRI will. When the defendant refused to investigate further to find the cause of Mr. Kendall's pain, he then became deliberate indifferent to his serious medical condition, causing him to suffer needlessly. Defendant Sood is sued in his individual capacity.

29. Defendant Nurse Lorne Stokes was deliberate indifferent to Mr. Kendall's serious medical condition when she refused to put him in to be seen by the doctor. Defendant Stokes denied/delayed medical treatment causing him to suffer needlessly. The defendant had a duty to provide Mr. Kendall with medical treatment when she knew that he was in pain and because she thought that Mr. Kendall was seeking pills, she sent him back to the cellhouse and did not put him in to be seen by the doctor. She is sued in her individual capacity.

WHEREFORE, Plaintiff, Mark Kendall prays that this Court:

A. Order Defendant liable under Section 1983;

B. Order Defendants to pay Mr. Kendall an amount to be proven at trial;

C. Order the defendants to pay plaintiff's filing fee;

D. Order the Defendants to pay attorney fees (if applicable);

E. Order such further relief as the Court deems just and proper.

Plaintiff Demand Trial By Jury

Respectfully submitted,

Mark Kendall

Mark Kendall
Plaintiff pro'se

Mark Kendall K58868
Hill C.C.
P.O. Box 1700
Galesburg, Il. 61402

To: Clerk of the U.S. Court
Central District of Illinois

Date: October 25, 2016

From: Mark Kendall K58868
Hill C.C.
P.O. Box 1700
Galesburg, IL. 61402

Re: Filing of a New Case

Clerk of the U.S. Court,

Enclosed is my Civil Complaint, please File the documents. There is No Case Number as it is a New case. Also, there is No ECF or electronic Filing at the IDOC Facility that I am currently housed at, so please send all document via U.S. Mail.

[signature]
Mark Kendall

Mark K. Kendall K58868
Hill C.C.
P.O. Box 1700
Galesburg, IL 61402

U.S. POSTAGE PITNEY BOWES
ZIP 61401 $ 001.36
02 4W
0000332356 OCT 26 2016

Clerk of the U.S. Court
Central District of Illinois
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Il. 61602

Legal
Mail